■ GRANT DEAN, Appellant, v JORDAN-HILTON, INC., et al., Defendants, and ERIE AND NIAGARA INSURANCE ASSOCIATION, Respondent.—Order unanimously affirmed without costs for reasons stated in the decision and supplemental decision at Special Term, Feeman, J. (Appeal from order of Supreme Court, Allegany County, Feeman, J.—breach of contract.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.